SCANNED at WVCF and Emailed on 3-3-23 by SG - 5 pages.
(date) (initials) (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Steven Jay Hille JR

**FILED**
03/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

(Full name of defendant(s))

Wabash Valley Correctional Facility

Case Number:
2:23-cv-98-JPH-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)
   803 North 13th Street Elwood IN. 46036
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant Steven Jay Hille JR
   (Name)

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    -OR-

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $5,000,000.
8,000.00 Thousand

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The cjoured slam my legs in the VAN DOOR messed up my back I got wrost leg and back damage now he teated my left and put my life in danager theaten to punch me and had some of the other drade teated me to I'm asking for that much because my life is worth more then that Well tell more when In court to Tired

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __803 North Street Elwood IN.__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

He thearted me slammed my legs in the van door thearted my life messed up my back and neck has other grauds messing with me and put my life at rest do not feel comfortble he around any of them that is messing with me and want him fire for what he did to me and thsarting my life its not how you treat people

Thank you for your time

E.  JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
        OR

☒ Court Trial - I want a judge to hear my case

Dated this 27 day of December 20 22.

Respectfully Submitted,

_Stevens Gary Hill Jr_
Signature of Plaintiff

_129306_
Plaintiff's Prisoner ID Number

_Wabash Valley Correctional Facility_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Steven Gary Hill Jr_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

## FILING FEE



☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.