UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN JAY HILLE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00098-JPH-MJD |
| | ) |
| WABASH VALLEY CORRECTIONAL FACILITY, | ) |
| | ) |
| Defendant. | ) |

# FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is dismissed for failure to state a claim upon which relief may be granted.

Date: 7/12/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*Pam Pope*_
Deputy Clerk, U.S. District Court

Distribution:

STEVEN JAY HILLE, JR.
129306
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838